IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WASSILIE CHOCKNOK,<br><br>Defendant. | No. 3:24-cr-00130-SLG-KFR |

**ORDER**

It being necessary for the defendant in this matter to appear before this Court, it is hereby ORDERED that the government's motion for a writ of habeas corpus ad prosequendum is GRANTED. The Clerk of this Court is directed to enter the attached writ.

IT IS SO ORDERED.

DATED this 24th day of April 2026  at Anchorage, Alaska.

/s/ Sharon L. Gleason
HON. SHARON L. GLEASON
Chief United States District Court Judge